# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv44

| | |
|---|---|
| **LANCE MFG LLC and** <br> **ARCHWAY BAKERIES, LLC,** <br><br> Plaintiffs, <br><br> vs. <br><br> **VOORTMAN COOKIES LIMITED,** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <u>**O R D E R**</u> <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER** is before the Court on the Defendant's motion for admission of attorney Sarah Kanos as counsel *pro hac vice*. [Doc. 14].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion [Doc. 14] is **ALLOWED**, and Sarah Kanos is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 18, 2009

Martin Reidinger
United States District Judge