# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:09cv44

| | |
|---|---|
| **LANCE MFG LLC and** ) <br> **ARCHWAY BAKERIES, LLC,** ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> **VOORTMAN COOKIES LIMITED,** ) <br> ) <br> Defendant. ) <br> _____ ) | <u>O R D E R</u> |

**THIS MATTER** is before the Court on the Defendant's motion for admission of attorney William Y. Klett as counsel *pro hac vice*. [Doc. 15].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion [Doc. 15] is **ALLOWED**, and William Y. Klett is hereby granted *pro hac vice* admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: March 18, 2009

Martin Reidinger
United States District Judge