**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CIVIL CASE NO. 3:09cv44**

| | | |
|---|---|---|
| **LANCE MFG LLC and** | ) | |
| **ARCHWAY BAKERIES, LLC,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **O R D E R** |
| | ) | |
| **VOORTMAN COOKIES LIMITED,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

      **THIS MATTER** is before the Court on the Defendant's motions for admission of attorneys Robert C. Ward, Justin C. Ward, and Ashish D. Patel as counsel *pro hac vice*.  [Docs. 32, 33, 34].

      Upon careful review and consideration,

      **IT IS, THEREFORE, ORDERED** that Defendant's motions [Docs. 32, 33, 34] are **ALLOWED**, and Robert C. Ward, Justin C. Ward, and Ashish D. Patel are hereby granted *pro hac vice* admission to the bar of this Court, payment of the required admission fees having been received by the Clerk of this Court.

**IT IS SO ORDERED.**

Signed: June 5, 2009

Martin Reidinger
United States District Judge