# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:09-cv-44-W

| | |
|---|---|
| LANCE MFG. LLC and ARCHWAY BAKERIES, LLC | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )     ORDER |
| VOORTMAN COOKIES LIMITED, | )<br>)<br>) |
| Defendant. | )<br>)<br>) |

THIS MATTER is before the Court, *sua sponte*, regarding the status of the case. The Court has been advised that the parties have settled all matters in controversy among them. Therefore, this matter is DISMISSED subject to the right of any party to file a motion to reopen the case should settlement not be consummated by January 11, 2010. All pending motions are TERMINATED. The parties are directed to file their Stipulation of Dismissal on or before January 11, 2010.

IT IS SO ORDERED.

Signed: December 11, 2009

Frank D. Whitney
United States District Judge